# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN C. BUTTOLPH, | : | |
| Plaintiff, | : | 1:16-cv-0325 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| PRIME CARE MEDICAL INC., | : | |
| *et al.*, | : | |
| Defendants. | : | |

## ORDER

### February 28, 2017

NOW THEREFORE, upon consideration of the motion (Doc. 14) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 14) to dismiss is GRANTED. Plaintiff's complaint is DISMISSED in its entirety.

2. The Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge
