IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN C. BUTTOLPH, | : | |
|     Plaintiff, | : | 1:16-cv-0325 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| PRIME CARE MEDICAL INC., | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## ORDER

### March 18, 2020

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 46) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 46) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants and against Plaintiff.

3. The Court declines to exercise supplemental jurisdiction over the state law claims.

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                                     s/ John E. Jones III
                                                                      John E. Jones III
                                                                      United States District Judge